MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-103-EFB |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING FOR IVAN CORVERA-BENITEZ PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| EDGAR MUNGUIA (a/k/a Gildardo Barrios) MARISA MUNGUIA MARIA DOLORES BARRIOS-ALVAREZ JOSEVAN ARIAS IVAN CORVERA-BENITEZ ANTONIO SOTO-PEREZ ELMER RODRIGUEZ-COLIO, | DATE: September 18, 2019 TIME: 2:00 p.m. COURT: Hon. Carolyn K. Delaney |
| Defendants. | |

        Plaintiff United States of America, by and through its attorney of record, Assistant United States

Attorney James R. Conolly, and defendant Ivan CORVERA-BENITEZ, individually and by and through

his counsel of record, Kelly Babineau, hereby stipulate as follows:

        1.      The Complaint in this case was filed on July 3, 2019, and the defendant first appeared

before a judicial officer of the Court in which the charges in this case were pending on August 28, 2019.

The court set a preliminary hearing date of September 18, 2019.  Three other defendants in this matter,

Edgar MUNGUIA (a/k/a Gildardo Barrios), Marisa MUNGUIA, and Antonio SOTO-PEREZ, appeared

in this matter on July 12, 2019, and the date for their preliminary hearing, currently also set for

STIPULATION

1

September 18, 2019, is the subject of a separate stipulation and order. The three remaining defendants charged in the Complaint, listed in the caption above, have not yet appeared in this case, and therefore no preliminary hearings have been set with respect to those defendants.

2.     By this stipulation, the United States and CORVERA-BENITEZ jointly move for an extension of time of the preliminary hearing date to October 10, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 18, 2019, and October 10, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: September 16, 2019                     McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ JAMES R. CONOLLY
                                              JAMES R. CONOLLY
                                              Assistant United States Attorney

Dated: September 16, 2019                     /s/ KELLY BABINEAU
                                              KELLY BABINEAU
                                              Counsel for Defendant
                                              IVAN CORVERA-BENITEZ

MᴄGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-103-EFB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING FOR IVAN CORVERA-BENITEZ PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| EDGAR MUNGUIA (a/k/a Gildardo Barrios) MARISA MUNGUIA MARIA DOLORES BARRIOS-ALVAREZ JOSEVAN ARIAS IVAN CORVERA-BENITEZ ANTONIO SOTO-PEREZ ELMER RODRIGUEZ-COLIO, | DATE: September 18, 2019 TIME: 2:00 p.m. COURT: Hon. Carolyn K. Delaney |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 16, 2019.

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

[PROPOSED] FINDINGS AND ORDER

1

1   not adversely affect the public interest in the prompt disposition of criminal cases.

2           THEREFORE, FOR GOOD CAUSE SHOWN:

3           1.      The date of the preliminary hearing is extended to October 10, 2019, at 2:00 p.m.

4           2.      The time between September 18, 2019, and October 10, 2019, shall be excluded from

5   calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

6           3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

7

8           IT IS SO ORDERED.

9

10  Dated:  September 16, 2019

11                                                  CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28